[No. 54937-5-I. Division One. July 5, 2005.]

DAVID A. BOLIN, JR., *as Guardian*, ET AL., *Appellants*, v. SEAVIEW CHEVROLET, INC., ET AL., *Defendants* v. HARTFORD CASUALTY INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-10311-1, Richard J. Thorpe, J., entered July 27, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick and Schindler, JJ.

[No. 54941-3-I. Division One. July 5, 2005.]

*In the Matter of the Marriage of* MARGARET MARY HEALY, *Respondent*, and PATRICK JEROME HEALY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-3-03223-1, Tracy G. Waggoner, J. Pro Tem., entered August 20, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54960-0-I. Division One. July 5, 2005.]

LISA A. NEUMANN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-02926-1, James A. Doerty, J., entered August 2, 2004. *Reversed* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.

[No. 55051-9-I. Division One. July 5, 2005.]

*In the Matter of the Custody of* J., JOSEPH M. THUE ET AL., *Respondents*, and DONALD PHANCO ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 99-5-00727-2, Philip G. Hubbard, Jr., J., entered September 17, 2004. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Kennedy, J.